■ LEICESTER HARRISON, Petitioner, v CARMEN SHANG, as Commissioner of the New York State Department of Social Services, et al., Respondents.— Proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the respondent State Commissioner of Social Services, dated November 4, 1977, which, after a statutory fair hearing, affirmed a determination of the local agency denying petitioner's request for emergency assistance. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. We find that there is substantial evidence to support the determination by the State commissioner that the petitioner was not entitled to emergency assistance. Damiani, J. P., Titone, Rabin and Margett, JJ., concur.

■ MARY S. HOPPE, Appellant, v WILLIAM E. HOPPE, Respondent.—In an action to recover moneys due for child support pursuant to a separation agreement, the plaintiff wife appeals from an order of the Supreme Court, Suffolk County, dated August 23, 1977, which denied her motion for summary judgment. Order affirmed, without costs or disbursements. Issues of fact are present which preclude the granting of summary judgment. Hopkins, J. P., Latham, Gulotta and O'Connor, JJ., concur.

■ WILLIAM G. HUBBARD et al., Respondents, v COUNTY OF SUFFOLK et al., Appellants.—In an action for injunctive relief, or in the alternative, for damages, defendants appeal from an order of the Supreme Court, Suffolk County, dated June 24, 1977, which denied their motion for summary judgment. Order affirmed, with $50 costs and disbursements. Factual issues raised by the parties preclude the granting of a motion for summary judgment. Hopkins, J. P., Latham, Gulotta and O'Connor, JJ., concur.